IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAUREANO BONSALO,

    Plaintiff,                    No. CIV S-03-1418 MCE KJM P

    vs.

BURVANT, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

        Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted as provided by Fed. R. Civ. P. 41(a)(2).

DATED: June 29, 2005.

                                                  UNITED STATES MAGISTRATE JUDGE

2/bons1418.59