IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAUREANO BONSALO,

    Plaintiff,     No. CIV S-03-1418 MCE KJM P

  vs.

BURVANT, et al.,

    Defendants.     <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.  Defendants have no objection to the request for dismissal.  As provided by Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: July 18, 2005.

                              UNITED STATES MAGISTRATE JUDGE

bons1418.dism